# SCOTT BUSH LTD.

*Craig M. Scott*
*cscott@scottbushlaw.com*

September 4, 2009

The Honorable Patti B. Saris, Judge
U.S. District Court District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    *Atlantic Research Marketing Systems, Inc. v. Troy Industries, Inc. et al.*
            United States District Court, D. Mass.
            Civil Action No. 07-cv-11576 (PBS)

Dear Judge Saris:

    The parties report that they met in Boston on August 31, 2009 for mediation with Eric Van Loon, Esq. of JAMS. The mediation lasted approximately 8 hours and, while the parties remain far apart, progress was made during that time.

                                        Very truly yours,

                                        Craig M. Scott

CMS/pds
M:\Clients\Atlantic Research Marketing (ARMS)\Troy\Letters\Mediation Status letter to Court (2).doc

cc:    Ann Lamport Hammitte, Esq.
        Damian R. LaPlaca, Esq.
        Christine K. Bush, Esq.