UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 07-11576-PBS |
| STEPHEN P. TROY, JR., AND TROY INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

**FINAL JUDGMENT**

September 2, 2010

Saris, U.S.D.J.

    Judgment is hereby entered in favor of Plaintiff Atlantic Research Marketing Systems, Inc., and against Defendant Stephen P. Troy, Jr. on Count VIII, for breach of fiduciary duty, and against Stephen P. Troy, Jr. and Troy Industries, Inc. on Counts II and III, for misappropriation of trade secrets and confidential and proprietary information under statute and common law, and on Count V, for engaging in unfair methods of competition and deceptive acts or practices in trade or commerce in violation of Mass. Gen. Laws ch. 93A, § 11.  Damages are awarded in the amount of $1,813,465.  Judgment is entered in favor of Troy on Counts VI and VII, alleging breach of contract and conversion.  Judgment is entered in favor of Troy on Count I, alleging infringement of Patent Re39,465.  As Troy has failed to

respond to the Court's order to file a motion for summary judgment or request for trial within the allotted time regarding its patent infringement counterclaim, the Court dismisses its claim without prejudice for lack of prosecution.

                                              /s/ Patti B. Saris
                                              PATTI B. SARIS
                                              UNITED STATES DISTRICT JUDGE