# Exhibit B

**Connecticut Process Serving, LLC**
9 Beaumont Street
East Hartford, CT 06108
860.528.2920, (860) 528-2720 Fax



**RETURN SERVICE REQUESTED**
Our EIN # 06-1445325

Christine Bush, Esquire
Scott & Bush, Ltd
30 kennedy Plaza, 4th Floor
Providence, RI 02903

401-865-6035 Business
401-865-6039 Fax

Reference Invoice # 115295 when remitting.

Atlantic Research Marketing Systems, Inc. vs Stephen P.       $95.00
Troy, Jr. and Troy Industries, Inc.
Docket Number: 07-cv-11576
Subpoena In A Civil Case To Produce Documents,
Information or Object or to Permit Inspection
Completed Smith & Wesson, Inc.
Manner: **CORP/BUSINESS**
on 06/01/2009 at 10:20 AM,
at Keeper of Records 2100 Roosevelt Ave
Springfield, MA 01104
by JoAnn Niziankiewicz
Action/Hearing Date 06/05/2009,@ .

**BALANCE DUE:**      $95.00

Thank You!
We Appreciate Your Business.

A $15.00 Administrative fee will be assessed to each invoice 45 days outstanding!

JUN 0 4 2009

*egal*

# *Reporters, Inc.*

Tel: 617-786-7783

FID# 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

**Capturing the Official Record**
23 Merrymount Road
Quincy, MA 02169

Fax: 617-786-7723

michelle3@reportersinc.com

www.reportersinc.com

Statment Date
6/8/2009

Invoice No.
4360

Bill To

Scott & Bush, LTD
Christine K. Bush, Esq.
30 Kennedy Plaza, 4th Floor
Providence, RI 02903

Claim/File Number

PAID IN FULL

| Caption: | ARMS v. Troy |
| Depo/Trial Date: | 6/2/2009 |
| Deposed: | Catherine Parente |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| CERTIFIED COPY OF DEPOSITION TRANSCRIPT OF EXPERT WITNESS | 94 | 3.10 | 291.40 |
| EXPEDITED FEE OF 75% TRANSCRIPT E-MAILED ON 6/5/09 | | 218.55 | 218.55 |
| CONDENSED TRANSCRIPT W/KEYWORD | | 40.00 | 40.00 |
| POSTAGE & HANDLING | | 15.00 | 15.00 |
| | | | |
| INVOICE E-MAILED | | | |

Thank you for your business!!

Your reporter was:

JW

| **Balance due** | **$564.95** |
| Balance due after net 30 days | 617.54 |
| TERMS | 30 days |

# *Reporters, Inc.*

Capturing the Official Record
23 Merrymount Road
Quincy, MA 02169

Tel:   617-786-7783

Fax:   617-786-7723

michelle3@reportersinc.com

www.reportersinc.com

FID# 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

Statment Date
5/29/2009

Invoice No.
4336

**Bill To**

Scott & Bush, LTD
C. Scott Bush, Esq.
30 Kennedy Plaza, 4th Floor
Providence, RI 02903

Claim/File Number:

PAID IN FULL

Caption:          ARMS v. Troy

Depo/Trial Date:    5/22/2009

Deposed:          Richard Swan

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| CERTIFIED COPY OF DEPOSITION TRANSCRIPT | 172 | 2.90 | 498.80 |
| ROUGH DRAFT | 172 | 1.75 | 301.00 |
| CONDENSED TRANSCRIPT W/KEYWORD | | 40.00 | 40.00 |
| POSTAGE & HANDLING | | 15.00 | 15.00 |
| Invoice emailed | | | |

Thank you for your business!!

Your reporter was:

JMK

| | |
|---|---|
| Balance due | $854.80 |
| Balance due after net 30 days | 940.28 |
| TERMS | 30 days |

Professional Process Service, LLC
105 Haddad Road
Waterbury, CT 06708
203.753.7378

*Attn: Sharon*
*508-588-8045*

Invoice #: 40392

Date: 06/05/2009

OUR TAX ID#: 06-1522605

Scott and Bush Ltd.
30 Kennedy Plaza, 4th Fl

Providence, RI 03903

## INVOICE FOR SERVICE

Service #40295: Leed–Himmel Industries, Inc.
Atlantic Research Marketing Systems, Inc. v.
Stephen P. Troy, et al.
STANDARD SERVICE

Your File#
Court Case #: 07–cv–11576 (PBS)

$70.00

**TOTAL CHARGES:**                                                   **$70.00**
Payment: 05/20/2010                        Check#:               −$70.00

**BALANCE:**                                                         **$0.00**

1

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

EIN: 13-4103664
Accounting: 212.981.6558
Fax: 212.624.0251
AR@strozllc.com

# Invoice

ENTERED

| Bill To |
|---|
| Dick Swann<br>ARMS, Inc.<br>230 West Center Street<br>West Bridgewater, MA 02379 |

| Date | Invoice # | Engagement Mgr |
|---|---|---|
| 6/30/2008 | 7720 | S. Berman |

| Terms | Billing Period |
|---|---|
| Due on receipt | JUNE 2008 |

| Case # | Job Name |
|---|---|
| 0463-0002 | ARMS |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/3/2008 | M Tomalonis: Update database with deliverable information. | 0.75 | 146.25 |
| 6/9/2008 | S Berman: Exchange emails with C Scott and S Holmes regarding search hits results and next steps; conference with P Perry regarding next steps. | 0.25 | 150.00 |
| 6/10/2008 | S Berman: Conference with S Holmes, C Scott, and P Perry; review request and hit results to prepare for conference. | 1.00 | 600.00 |
| 6/10/2008 | P Perry: Run proximity bookmarking. Conference call with S. Berman and client. | 2.00 | 750.00 |
| 6/12/2008 | S Berman: Conference with S Swann; conference with P Perry regarding next steps; exchange emails with S Holmes regarding search issues. | 0.25 | 150.00 |
| 6/12/2008 | P Perry: Begin carving out requested hits based on proximity bookmarking reports which were provided to the client; confer with S Berman. | 3.00 | 1,125.00 |
| 6/13/2008 | S Berman: Review recovered messages; email S Holmes and C Scott with deliverable information. | 0.50 | 300.00 |
| 6/13/2008 | P Perry: Continue carving out requested hits from unallocated space. | 7.00 | 2,625.00 |
| 6/16/2008 | P Perry: Finish carving out proximity bookmarks from unallocated space; confer with S Berman. | 4.50 | 1,687.50 |
| 6/16/2008 | S Berman: Draft email to S. Holmes and C. Scott regarding final carved documents; review final carved documents; conference with P. Perry regarding final carved documents. | 0.25 | 150.00 |
| 6/16/2008 | M Tomalonis: Update database with deliverable information. | 0.50 | 97.50 |

| | |
|---|---|
| **Total** | $7,781.25 |
| **Credits** | $0.00 |
| **Balance Due** | $7,781.25 |

EIN: 13-4103664
Accounting: 212.981.6558
Fax: 212.624.0251
AR@strozllc.com

*Rec'd 6/3/08*

# Invoice



| Bill To: |
| --- |
| Dick Swann |
| ARMS, Inc. |
| 230 West Center Street |
| West Bridgewater, MA 02379 |

| Date | Invoice # | Engagement Mgr |
| --- | --- | --- |
| 5/31/2008 | 7158 | S. Berman |

| Terms | Billing Period |
| --- | --- |
| Due on receipt | MAY 2008 |

| Case # | Job Name |
| --- | --- |
| 0463-0002 | ARMS |

| Date | Description | Hours | Amount |
| --- | --- | --- | --- |
| 5/19/2008 | M Tomalonis: Update imaging form and evidence database with OAD information. | 0.75 | 146.25 |
| 5/19/2008 | S Berman: Conference with L Nguyen regarding new review; exchange emails with C Scott. | 0.25 | 150.00 |
| 5/19/2008 | L Nguyen: Received client call regarding ARMS email. | 0.50 | 225.00 |
| 5/21/2008 | S Berman: Conference with S Holmes; conference with L Nguyen regarding next steps. | 0.50 | 300.00 |
| 5/21/2008 | L Nguyen: Confer with S Berman regarding next steps and ARMS requests. | 0.25 | 112.50 |
| 5/27/2008 | P Perry: Meeting with S. Berman to discuss what needs to be completed, retrieval of case file and provide key words and hit totals to S. Berman. | 1.00 | 375.00 |
| 5/27/2008 | S Berman: Conference with P Perry regarding plan for computer searches. | 0.25 | 150.00 |
| 5/28/2008 | P Perry: Run proximity bookmarking script and begin eliminating false positive search hits. | 1.00 | 375.00 |
| 5/29/2008 | P Perry: Continue eliminating false positive search hits. Confer with S Berman. | 0.50 | 187.50 |
| 5/29/2008 | S Berman: Conference with P Perry regarding initial results. | 0.25 | 150.00 |
| 5/30/2008 | P Perry: Rerun proximity bookmarking script with new set of key words, eliminate false positive search hits and generate reports by keyword. Zip reports and email to S.Berman. | 5.00 | 1,875.00 |
| 5/30/2008 | S Berman: Conference with P Perry regarding results; review results; call to S Holmes. | 0.50 | 300.00 |

| | |
| --- | --- |
| **Total** | $4,346.25 |
| **Credits** | $0.00 |
| **Balance Due** | $4,346.25 |

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

EIN: 13-4103664
Accounting: 212.981.6558
Fax: 212.624.0251
AR@strozllc.com

# Invoice



| Bill To: |
| --- |
| Dick Swann |
| ARMS, Inc. |
| 230 West Center Street |
| West Bridgewater, MA 02379 |

| Date | Invoice # | Engagement Mgr |
| --- | --- | --- |
| 4/30/2008 | 6901 | S. Berman |

| Terms | Billing Period |
| --- | --- |
| Due on receipt | APRIL 2008 |

| Case # | Job Name |
| --- | --- |
| 0463-0002 | ARMS |

| Date | Description | Hours | Amount |
| --- | --- | --- | --- |
| 4/16/2008 | Seth Berman (SPB) Conference with R Swann and C Scott.; conference with Lam Nguyen (LDN) regarding next steps. | 0.50 | 300.00 |
| 4/16/2008 | Elijah Pacis (ELP) Acquire forensic image of 1 HDD (ES01) belonging to custodian TROY. Complete chain of custody form and photograph original evidence. | 1.00 | 375.00 |
| 4/17/2008 | SPB Conference with LDN regarding protocol for search. | 0.25 | 150.00 |
| 4/17/2008 | Michelle Tomalonis (MMT) Catalog evidence, update database with WD and OAD HDD information. Upload photos. | 1.25 | 243.75 |
| 4/17/2008 | LDN Conference with SPB regarding protocol for search. | 0.25 | 112.50 |
| 4/18/2008 | SPB Conference with ELP regarding computer analysis and results. | 0.50 | 300.00 |
| 4/18/2008 | ELP Perform a preliminary forensic analysis of ES01 (TROY laptop) to determine the extent to which relevant data still exists on the drive. Developed keywords from responsive documents, then ran those keywords against ES01. Carve relevant selected emails from unallocated space. | 3.00 | 1,125.00 |
| 4/18/2008 | MMT Provide WD to EP. | 0.25 | 48.75 |
| 4/21/2008 | SPB Review documents extract from computer; draft emails to S Holmes and C Scott regarding preliminary review. | 0.25 | 150.00 |
| 4/22/2008 | MMT Update database. | 0.25 | 48.75 |
|  | Forensic Computer Machine Time | 1.50 | 142.50 |
|  | Two Forensic Hard Drives <400 GBs |  | 450.00 |

6-3-08
Catherine advised
to apply 5,000 retainer
to this inv —

| | |
| --- | --- |
| **Total** | $3,446.25 |
| **Credits** | $0.00 |
| **Balance Due** | **$3,446.25** |

*Legal*



**THE RESOLUTION EXPERTS®**


PAID
IN FULL

# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 08/05/2009 | 0001789282-400 |

TO: Craig M. Scott, Esq.
Scott & Bush Ltd
30 Kennedy Plaza
4th Floor
Providence, RI 02903

REFERENCE #: **1400012318**   JJC
BILLING CONTACT: **Janell Arceo 949-224-4664**
FEDERAL TAX ID: **68-0542699**

RE: **Atlantic Research Marketing Systems, Inc. vs. Troy Industries, Inc., et al.**

REPRESENTING: Atlantic Research Marketing Systems, Inc.

NEUTRAL(S): **Eric Van Loon Esq.**

HEARING TYPE: **Mediation**

**REP# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/31/2009 9:00 am | Eric Van Loon Esq. Session Time | 8.00 | 600.00 | 4,800.00 | 2 | 2,400.00 |
| 08/05/2009 | Case Management Fee | | | | | 275.00 |
| | | | | Fees | | 2,675.00 |
| 08/31/2009 | Eric Van Loon Esq. | | | 2,650.00 | 2 | 1,325.00 |

Retainer Fees.
To be applied to reading, research, preparation, etc.   NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded.

| | |
|---|---|
| Expenses/Retainers | 1,325.00 |
| Total | $ 4,000.00 |
| Outstanding Balance as of 8/19/2009 | $ 4,000.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1

**John J. Carr**
ADR Specialist E/C Region
JAMS, *The Resolution Experts*
One Beacon Street, Suite 2300
Boston, MA 02108
Email: jcarr@jamsadr.com
617-228-9128 (Direct Dial)
617-228-0222 (Facsimile)
Need a commercial ADR clause? Click below:
http://www.jamsadr.com/rules/clauses.asp

Please consider the environment
**before** printing this email.





**JAMS**

THE RESOLUTION EXPERTS®

RECEIVED SEP 03 2009

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 08/31/2009 | 0001807831-400 |

TO:  **Craig M. Scott, Esq.**
**Scott & Bush Ltd**
**30 Kennedy Plaza**
**4th Floor**
**Providence, RI 02903**

REFERENCE #:       **1400012318**   JJC
BILLING CONTACT:  **Janell Arceo 949-224-4664**
FEDERAL TAX ID:   **68-0542699**

RE:  **Atlantic Research Marketing Systems, Inc. vs. Troy Industries, Inc., et al.**

REPRESENTING:  **Atlantic Research Marketing Systems, Inc.**     NEUTRAL(S):  **Eric Van Loon Esq.**

HEARING TYPE:  **Mediation**

**REP# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/24/2009 | Eric Van Loon Esq. Conference call with counsel. | 0.40 | 600.00 | 240.00 | 2 | 120.00 |
| 08/25/2009 | Eric Van Loon Esq. Review party memos, patents, exhibits | 2.80 | 600.00 | 1,680.00 | 2 | 840.00 |
| 08/27/2009 | Eric Van Loon Esq. Review 93A, Summary Judgment memos | 2.10 | 600.00 | 1,260.00 | 2 | 630.00 |
| 08/28/2009 | Eric Van Loon Esq. Calls, e-correspondence with counsel | 0.60 | 600.00 | 360.00 | 2 | 180.00 |
| 08/31/2009 | Case Management Fee | | | | | 275.00 |
| | | | | Fees | | 2,045.00 |
| 08/24/2009 | Eric Van Loon Esq. APC CHARGE for conference call on 08/24/09 between Neutral and counsel (ref# 08242009). | 17.65 | | | 2 | 8.82 |
| | | | | Expenses/Retainers | | 8.82 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS®

RE:   **Atlantic Research Marketing Systems, Inc. vs. Troy Industries, Inc., et al.**
HEARING TYPE:   **Mediation**          REFERENCE #:   **1400012318**        **REP# 1**

| Date/ Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | Total | $ | | 2,053.82 |
| | | Outstanding Balance as of 9/1/2009 | $ | | 728.82 |



# STATEMENT OF ACCOUNT

Statement Date
**10/01/2009**

TO:  **Craig M. Scott, Esq.**
     **Scott & Bush Ltd**
     **30 Kennedy Plaza**
     **4th Floor**
     **Providence, RI 02903**



REFERENCE #:       **1400012318**  JJC
BILLING CONTACT:   **Janell Arceo 949-224-4664**
FEDERAL TAX ID:    **68-0542699**

RE:  **Atlantic Research Marketing Systems, Inc. vs. Troy Industries, Inc., et al.**

REPRESENTING: **Atlantic Research Marketing Systems**, NEUTRAL(S):     **Eric Van Loon Esq.**
**Inc.**

HEARING TYPE:  **Mediation**                                                        REP# 1

| Date | Description | Charges | Credits | Balance |
|------|-------------|---------|---------|---------|
| 08/05/2009 | INVOICE #0001789282-400 * | 4,000.00 | | 4,000.00 |
| 08/20/2009 | CREDIT MEMO # #0001797943 * | | 1,325.00 | 2,675.00 |
| 08/25/2009 | CK #15997 | | 4,000.00 | (1,325.00) |
| | Paid By: Atlantic Research Marketing Systems, Inc. | | | |
| 08/31/2009 | INVOICE #0001807831-400 | 2,053.82 | | 728.82 |

Outstanding Balance:    728.82

YOUR ACCOUNT BALANCE IS DUE UPON RECEIPT

Please make checks payable to JAMS, Inc. and mail to:
**P.O. BOX 512850**
**Los Angeles, CA 90051-0850**

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

*"Revised"*

Invoice Number:
17263
Invoice Date:
Apr 3, 2008
Page:
1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| ARMS/TROY *1520.0* | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Crystal | APR 016 | 5/3/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,347.00 | "D" | Heavy Litigation | 0.19 | 445.93 |
| 140.00 | 11x17 | 11x17 | 0.35 | 49.00 |
| 1.00 | Oversize | Oversize 24 x 36 | 8.10 | 8.10 |
| 38.00 | Tabs | Tabs | 0.30 | 11.40 |
| 244.00 | Color | Color Copies | 0.99 | 241.56 |
| 17.00 | CD | CD Rom | 25.00 | 425.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE
ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND
RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF
THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER
AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE
ACCOUNT BECOME DELINQUENT.

Received and Approved by: _____

Date: _____

| | |
|---|---|
| Subtotal | 1,180.99 |
| Sales Tax | 82.67 |
| Total Invoice | 1,263.66 |
| Payment | 0.00 |
| TOTAL | 1,263.66 |

Tax ID Number: 03-0487386

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**
**Tel. 800-551-2440**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/30/2008 | 25360 |

BILL TO:

Duffy, Sweeney & Scott, Ltd.
Craig M. Scott, Esquire
One Turks Head Pl., Ste. 1200
Providence, RI 02903

| Terms | REF |
|-------|-----|
| Due on receipt | VD |
| NVR-01402A | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date: 06/30/2008 | | | |
| Re: Atlantic Research Marketing Systems, Inc. vs. Stephen P. Troy, Jr., et al. | | | |
| Deponents: Stephen P. Troy, Jr. & Stephen P. Troy, Jr. 30 (b) 6 | | | |
| Location: Boston, MA | | | |
| Court Reporter: Vivian S. Dafoulas | | | |
| | | | |
| Videotaping: First hour (minimum includes setup, strike & travel) | 1 | 295.00 | 295.00T |
| Videotaping: Additional hours | 7 | 95.00 | 665.00T |
| Video Cassette(s): 124 Minute DVCam Master - Archived | 3 | 38.00 | 114.00T |
| Parking | | 34.00 | 34.00 |
| | | | |
| Duplication: DVD Digitization - per hour | 5.5 | 65.00 | 357.50T |
| | | | |
| Shipped Via - UPS with others | | 0.00 | 0.00 |
| | | | |
| Out of State - No Sales Tax | | | 0.00 |

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$1,465.50** |

**National Video Reporters, Inc.**
**7 Cedar Drive**
**Woburn, MA 01801**
**Tel. 800-551-2440**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/26/2008 | 25358 |

| BILL TO: |
|----------|
| Duffy, Sweeney & Scott, Ltd.<br>Craig M. Scott, Esquire<br>One Turks Head Pl., Ste. 1200<br>Providence, RI 02903 |

| Terms | REF |
|-------|-----|
| Due on receipt | VD |
| NVR-01402 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date: 06/26/2008<br>Re: Atlantic Research Marketing Systems, Inc. vs. Stephen P. Troy, Jr., et al.<br>Deponent: Stephen P. Troy, Jr.<br>Location: Boston, MA<br>Court Reporter: Vivian S. Dafoulas | | | |
| Videotaping:  First hour (minimum includes setup, strike & travel) | 1 | 295.00 | 295.00T |
| Videotaping:  Additional hours | 5.5 | 95.00 | 522.50T |
| Video Cassette(s): 124 Minute DVCam Master - Archived | 3 | 38.00 | 114.00T |
| Parking | | 32.00 | 32.00 |
| Duplication: DVD Digitization  - per hour | 5 | 65.00 | 325.00T |
| Shipped Via - UPS | | 12.00 | 12.00 |
| Out of State - No Sales Tax | | | 0.00 |

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex.  Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$1,300.50** |

# Vivian S. Dafoulas

50 Fieldstone Drive
East Greenwich, RI   02818-2064
TEL. (401) 885-0992
FAX (401) 885-1355

BILL TO

Duffy Sweeney & Scott, Ltd.
Craig M. Scott, Esquire
One Turks Head Place, Suite 1200
Providence, RI  02903

# INVOICE

**E.I.N. 05-0518991**

| DATE | TERMS |
|---|---|
| 07/15/2008 | Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC. VS. STEPHEN P. TROY, JR. AND TROY INDUSTRIES, INC. | |
| | |
| DEPOSITION OF STEPHEN P. TROY, JR. | |
| TAKEN ON JUNE 26, 2008 | |
| AT THE OFFICES OF COOKE, CLANCY & GRUENTHAL, 265 FRANKLIN STREET, BOSTON, MA | |
| | |
| Appearance Fee | 125.00 |
| Transcript:  Original and one copy | 843.75 |
| Edited ASCII disk | 225.00 |
| Photocopying Exhibits | 50.50 |
| Shipping | 10.00 |
| It's been a pleasure working with you! | |
| **Total** | $1,254.25 |

PAST DUE ACCOUNTS:
1.5% PER MONTH SERVICE CHARGE



Evidox Corporation
207 South Street
Second Floor
Boston, MA 02111
617.654.9060

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 6/30/2008 | 3160951 |

| EIN#: 56-2609724 |
|---|

| Terms: Net 30 Days |
|---|

| Bill To |
|---|
| Duffy Sweeney & Scott, LTD.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 |

ATTN: Crystal Dartt

| Reference | Project Name |
|---|---|
| | A.R.M.S.-Troy |

| Date | Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2008 | 4,148 | Scan to Tiff | Scan paper copies to CCITT Group IV tiff; deliver in Summation format | 0.12 | 497.76 |
| 6/9/2008 | | | Oversize Scan | 35.70 | 35.70 |
| 6/9/2008 | 4,149 | OCR | Conversion of Tiff format to searchable Text format; deliver in Summation format | 0.03 | 124.47 |
| 6/9/2008 | 658 | AC | Auto coding capturing up to 14 bibliographic fields, including Doc Dates, Doc Types, Doc Title, Author, Recipient, Names Mentioned, Organizations, Subject, etc. | 0.30 | 197.40 |
| 6/9/2008 | 2,996 | cBates | Capture bates numbers, sources and prodate | 0.02 | 59.92 |
| 6/10/2008 | | Postage and Delivery | FedEx delivery of 2 boxes | 91.64 | 91.64 |

| | | |
|---|---|---|
| Please Pay From This Invoice | Subtotal | $1,006.89 |
| | Sales Tax (5.0%) | $0.00 |
| | **PAY THIS AMOUNT** | $1,006.89 |

# Statement

Evidox Corporation

207 South Street Second Floor
Boston, MA 02111
617.654.9060

| Date |
|---|
| 5/31/2010 |

| To: |
|---|
| Scott & Bush, Ltd.<br>30 Kennedy Plaza 4th Floor<br>Providence, RI 02903 |

| Amount Due | Amount Enc. |
|---|---|
| $1,909.04 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/31/2009 | A.R.M.S.-Troy-<br>INV #3163009. Orig. Amount $55.50. | 55.50 | 55.50 |

REDACTED

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 1,070.52 | 74.45 | 76.31 | 0.00 | 687.76 | $1,909.04 |

remains outstanding

# Jones Reporting Company, Inc.

**Invoice**

Please visit our website at www.Jonesreporters.com

Two Oliver Street, Suite 804

Boston, MA 02109

Phone: (617) 451-8900     Fax: (617) 451-3535

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 10, 2008 | 18082FR |

Craig M. Scott
Duffy Sweeney & Scott
One Turks Head Place, Suite 1200
Providence, RI 02903

Phone:       Fax:

| | |
|---|---|
| **Witness:** | Troy Industrises/ Stephen Troy, Jr., |
| **Case:** | Atlantic Research vs. Troy |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/30/2008 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 5:13 PM |
| **Reporter:** | *Justina Pettinelli |
| **Claim #:** | |
| **File #:** | 16821FR |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| O | Original Transcript, 30(b)(6) of Troy | $3.50 | 161 | $563.50 |
| O | Original Transcript, Troy Industries | $3.50 | 92 | $322.00 |
| RDD | Rough Draft Disk (fee is waived) | | | |
| CTC | Condensed Transcript/Word Index | $0.00 | 1 | $0.00 |
| A/E-TRAN | ASCII Disk/E-Transcript | $0.00 | 1 | $0.00 |
| DE | Delivery | $12.00 | 1 | $12.00 |

| | |
|---|---|
| Sub Total | $897.50 |
| Payments | $0.00 |
| Balance Due | $897.50 |

Fed. I.D. # 86-1100261

*Payments due in 30 days. 1% interest accued on all balances over 30 days.*

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12037303 | 06/16/2009 | 1202-77573 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/27/2008 | TRIANE | |

| CASE CAPTION |
|---|
| Arms vs. Troy |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tom Connolly
Scott & Bush
30 Kennedy Plaza
4th Floor
Providence, RI 02903

```
VIDEO DUPLICATION:
    Brian Frasier-Swan
          LegaLink Viewer (PP)                              75.00
          Shipping & Handling                               35.00
                                                          --------
                              TOTAL   DUE   >>>>           110.00
```

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

PAID IN FULL

RECEIVED
JUN 2 2 2009

**TAX ID NO. :**  20-2665382                              (401) 8656035

*Please detach bottom portion and return with payment.*

Tom Connolly
Scott & Bush
30 Kennedy Plaza
4th Floor
Providence, RI 02903

```
Invoice No.: 12037303
Date       : 06/16/2009
TOTAL DUE  :    110.00


Job No.   : 1202-77573
Case No.  :
Arms vs. Troy
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12034661 | 10/31/2008 | 1202-78426 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/17/2008 | COUGCH | |
| **CASE CAPTION** | | |
| Arms vs. Troy | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

Craig M Scott
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

```
VIDEO DUPLICATION:
     Richard E. Swan, Vol. 2   30(b)(6)                              400.00
                                                    ───────
                              TOTAL  DUE  >>>>        400.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO. : 20-2665382                                    (401) 455-0700

*Please detach bottom portion and return with payment.*

*Craig M Scott*
*Duffy Sweeney & Scott, LTD*
*One Turks Head Place, Suite 1200*
*Providence, RI 02903*

```
Invoice No.:  12034661
Date      :  10/31/2008
TOTAL DUE :     400.00


Job No.   :  1202-78426
Case No.  :
Arms vs. Troy
```

*Remit To:*   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039    Fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12034665 | 10/31/2008 | 1201-78425 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/17/2008 | WELCDA | 040398 BLS |
| **CASE CAPTION** | | |
| | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Craig M Scott
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard E. Swan                                            687.75

                                TOTAL   DUE   >>>>            687.75

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                    (401) 455-0700

*Please detach bottom portion and return with payment.*

Craig M Scott
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

Invoice No.: 12034665
Date      : 10/31/2008
**TOTAL DUE** :    687.75

Job No.   : 1201-78425
Case No.  : 040398 BLS
David Platt, Ph.D. vs. Glycogenesys,

*Remit To:*    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**I N V O I C E**

DATE: June 8, 2009

**TO:** Christine Bush, Esq.
Scott & Bush Ltd.
30 Kennedy Plaza, 4th Floor
Providence, RI 02903

**FROM:** Lee A. Marzilli
Official Court Reporter
United States District Court
1 Courthouse Way, Room 7200
Boston, MA 02210

RE: Atlantic Research Marketing Systems, Inc. V. Stephen P. Troy, Jr., et al

**DATE TAKEN**
6/3/09        MOTION HEARING BEFORE JUDGE SARIS
              Transcript of Proceedings (Electronic)
              64 pages @$5.75 per page
              Split 1/2 between counsel:  **TOTAL DUE:** **$184.00**

**NOTE:** Please make check payable to Lee A. Marzilli (Tax ID 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)

**Thank you!**

**I N V O I C E**

DATE:  June 30, 2009

**TO:**  Christine K. Bush, Esq.
Scott & Bush, Ltd.
30 Kennedy Plaza, 4th Floor
Providence, RI  02903

**FROM:**  Lee A. Marzilli
Official Court Reporter
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210

**RE:**  Atlantic Research Marketing Systems, Inc. V. Stephen P. Troy, Jr., et al

**DATES TAKEN**

| | |
|---|---|
| 6/15/09 | JURY TRIAL DAY ONE, 91 pages |
| 6/16/09 | JURY TRIAL DAY TWO, 136 pages |
| 6/17/09 | JURY TRIAL DAY THREE, 152 pages |
| 6/18/09 | JURY TRIAL DAY FOUR, 145 pages |
| 6/22/09 | JURY TRIAL DAY FIVE, 159 pages |
| 6/23/09 | JURY TRIAL DAY SIX, 87 pages |
| 6/24/09 | JURY TRIAL DAY SEVEN, 90 pages |
| | Transcripts of Proceedings (**Daily**-Electronic) |
| | 860 pages @$7.25 per page |
| | |
| 6/25/09 | JURY TRIAL DAY EIGHT, 9 pages |
| 6/26/09 | JURY TRIAL DAY NINE, 28 pages |
| | Transcripts of Proceedings (**Expedited**-Electronic) |
| | 37 pages @$4.85 per page |

Split 1/2 between counsel:          **TOTAL DUE:**  $3,207.23

**NOTE:**  Please make check payable to Lee A. Marzilli (Tax ID 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)

**Thank you!**

Accredited Court Reporters, Inc.
715 Broadway
Post Office Box 1701
Columbus, GA 31902-1701
(706) 323-3640

November 11, 2008

SCOTT, CRAIG M.
Duffy, Sweeney & Scott
One Turks Head Place, Suite 1200
Providence, RI 02903

Dear Accounts Payable,

Although we have invoiced you on your account, we still have not received payment.
You have an outstanding balance of $582.60. The following invoices are overdue:

| Inv. No. | Inv. Date | Due Date | Inv. Amount | Balance |
|----------|-----------|----------|-------------|---------|
| 062408W1A | 07/22/2008 | 07/22/2008 | $582.60 | $582.60 |

If you have already sent payment in full, we ask that you call and let us know. Otherwise,
please call me to discuss what you plan to do to settle your account.

Thank you for your prompt attention to this matter.

Sincerely,

Will Taylor
Accredited Court Reporters, Inc.

# Accredited Court Reporters, Inc.

715 Broadway
Post Office Box 1701
Columbus, GA 31902-1701
(706) 323-3640

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/22/2008 | 062408W1A |

| BILL TO |
|---------|
| SCOTT, CRAIG M.<br>Duffy, Sweeney & Scott<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Original and one copy of the deposition of Martin R. Barreras, SGM, taken on June 24, 2008 in the matter of Atlantic Research Marketing Systems, Inc., vs. Stephen P. Troy, Jr., et al., Case#07-CV-11576(PBS) in U.S.D.C., District of Massachusetts. | 582.60 |

EIN: 581966162 Thank You!
Invoices not paid within 90 days will accrue 1.5% monthly Finance Charge

| **Total** | $582.60 |

# STATEMENT

_Alexander Gallo Holdings_

Remit To: Accounts Receivable
PO Box 79509,
City of Industry CA 91716-9509
Phone: (866) 516-5194   Fax: (866) 590-3205

| ACCOUNT NUM | DATE |
|---|---|
| 000046 | 06/30/2009 |

| CURRENT | 31-60 DAYS | 61-90 DAYS |
|---|---|---|
| $ 1,050.00 | $ 0.00 | $ 0.00 |

| 91-120 DAYS | 121+ DAYS | TOTAL DUE |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 1,050.00 |

SCOTT & BUSH
30 KENNEDY PLAZA
4TH FLOOR
PROVIDENCE, RI 02903

| JOB | DEPONENT | CLAIM NUM | ATTORNEY | CASE CAPTION | INV NUM | INV DATE | INV AMT | PMT RCVD | PMT RECEIVED FROM | INV BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 99 | | 000000 | BUSH, CHRISTINE | ATLANTIC RESEARCH vs. TROY IN | SN10091 | 06/30/2009 | $ 1,050.00 | $0.00 | | $1,050.00 |

**TOTAL BALANCE DUE**      $ 1,050.00

Tax ID No: 26-3972187





**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                13396        KAHL 01
99 Summer Street, Suite 804
Boston, Massachusetts 02110
617-956-9920     FAX 617-956-9911

**To:** Duffy Sweeney & Scott, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

| INVOICE NUMBER | DATE |
|---|---|
| 15267EBO | 06/10/08 |

06/11/08

ATTN : Craig Scott, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**   ATLANTIC RESEARCH MKTG SYS V TROY ET A

SERVICES PROVIDED ON 05/15/08:

Videotaped Deposition of:
RICHARD E. SWAN
Video Synchronization-4.5hrs          562.50
Shipping & Handling                    22.75
Thank you

BALANCE DUE                          **TOTAL**    585.25    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(617) 956-9920
Fax (617) 956-9911

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 13396  TOT: $585.25
INVOICE #: 15267EBO
DATE: 06/11/08

Duffy Sweeney & Scott, LTD
Attn: Craig Scott, Esq.
One Turks Head Place
Suite 1200
Providence, RI 02903



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



## Esquire Deposition Services, LLC
### A Hobart West Company
Tax ID # 22-3779684
99 Summer Street, Suite 804
Boston, Massachusetts 02110
617-956-9920    FAX 617-956-9911

13397    ROTHD01

**To:**
Duffy Sweeney & Scott, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

ATTN : Craig Scott, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 15211EBO | 05/30/08 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:    ATLANTIC RESEARCH MKTG SYS V TROY ET A

| | | |
|---|---|---|
| SERVICES PROVIDED ON 05/15/08: | | |
| Richard E. Swan | 410.05 | 1CC |
| Richard E. Swan (Confidential) | 389.40 | 1CC |
| | | |
| Expert/Medical/Technical-Copy | | |
| Video Depo-Reporter Surcharge | 81.30 | |
| Condensed Transcript | 25.00 | |
| CD ROM w/ASCII + E-Tran | 25.00 | |
| Archiving Fee | 17.00 | |
| Shipping & Handling | 15.75 | |
| Thank you | | |

ENTERED

BALANCE DUE                                 **TOTAL**   963.50   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(617) 956-9920
Fax (617) 956-9911

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 13397   TOT: $963.50
INVOICE #: 15211EBO
DATE: 05/30/08

Duffy Sweeney & Scott, LTD
Attn: Craig Scott, Esq.
One Turks Head Place
Suite 1200
Providence, RI 02903



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    13408      ROTHD01
99 Summer Street, Suite 804
Boston, Massachusetts 02110
617-956-9920      FAX 617-956-9911

To:
Duffy Sweeney & Scott, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

| | INVOICE NUMBER | DATE |
|---|---|---|
| | 15209EBO | 05/30/08 |

ATTN : Craig Scott, Esq.          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ATLANTIC RESEARCH MKTG SYS V TROY ET A

| SERVICES PROVIDED ON 05/16/08: | | |
|---|---|---|
| Richard Swan (Confidential) | 743.40 | 1CC |
| | | |
| Expert/Medical/Technical-Copy | | |
| Video Depo-Reporter Surcharge | 75.60 | |
| Condensed Transcript | 25.00 | |
| CD ROM w/ASCII + E-Tran | 25.00 | |
| Archiving Fee | 17.00 | |
| Shipping & Handling | 15.75 | |
| Thank you | | |

BALANCE DUE          **TOTAL**      901.75   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(617) 956-9920
Fax (617) 956-9911

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**          JOB: 13408   TOT: $901.75
P.O. Box 785751                               INVOICE #: 15209EBO
Philadelphia, PA 19178-5751                   DATE: 05/30/08
Tax ID # 22-3779684

Duffy Sweeney & Scott, LTD
Attn: Craig Scott, Esq.
One Turks Head Place
Suite 1200
Providence, RI 02903



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990   FAX 401-456-0991

INV DATE:  07/25/2008



# INVOICE

TO:

Duffy, Sweeney & Scott, Ltd.
Ste 1200
1 Turks Head Pl
Providence RI 02903-2212

ATTN:
Craig Scott

DATE:     11/01/2008
JOB:      4177
CODE:     27DUFFS01
INV NUM:  4175ERI

| | UNITS | RATE | AMOUNT DUE |
|---|---|---|---|
| YOUR REFERENCE NUMBER: | | | |
| CAPTION:   eATLANTA RESEARCH V. TROY | | | |
| Services Provided on 06/24/2008 | | | |
| | | | |
| Videotaped Deposition of: | | | |
| SGM. MARTIN R. BARRERAS | | | |
| Video Set-Up/Strike | | | 295.00 |
| Video Hours - Addt'l | 3 @ $125.00 | | 375.00 |
| Archiving Fee | | | 38.00 |
| Video tape | 3 @ $25.00 | | 75.00 |
| DVD Conversion | 2 @ $75.00 | | 150.00 |
| Shipping & Handling | | | 22.75 |
| Thank you | | | |

ENTERED

**********THIS INVOICE IS LONG PAST DUE************
*PLEASE REMIT IN FULL OR CALL IF THERE IS A PROBLEM*

| | | |
|---|---|---|
| Payments Received | | 0.00 |
| Credit Memos | | 0.00 |
| Balance Due | TOTAL | 955.75 |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
(401) 456-0991

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O. BOX 785751
PHILADELPHIA, PA 19178-5751
TAX ID # 22-3779684

JOB:4177 TOT: $955.75
INVOICE #: 4175ERI
DATE: 11/01/2008

Duffy, Sweeney & Scott, Ltd.
Craig Scott
One Turks Head Place
Suite 1200
Providence RI 02903-



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
A Hobart West Company
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990   FAX 401-456-0991
Tax ID # 22-3779684

TO:

# STATEMENT

Duffy, Sweeney & Scott, Ltd.
Ste 1200
1 Turks Head Pl
Providence RI 02903-2212

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT | AMT PAID | BAL DUE |
|-------|----------|---------|-----------|----------|---------|----------|---------|
| 4175  | 07/25/2008 | eATLANTA RESEARCH V. TROY | Craig Scott | 06/24/2008 | 955.75 | 0.00 | 955.75 |

For Statement Questions, Please Call          BALANCE DUE
(401) 456-0990          Fax          (401) 456-0991

| OVER 150 DAYS | OVER 120 DAYS | OVER 90 DAYS | OVER 60 DAYS | OVER 30 DAYS |
|---------------|---------------|--------------|--------------|--------------|
| $0.00 | $0.00 | $955.75 | $0.00 | $0.00 |

Terms: DUE UPON RECEIPT

We accept VISA, Mastercard, American Express & Discover cards

Remit to: ESQUIRE DEPOSITION SERVICES, LLC
          P.O. BOX 785751
          Philadelphia, PA 19178-5751



Esquire - Providence
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (401) 456-0990
Toll Free (877) 465-7236
Fax (866) 590-3205

www.esquiresolutions.com

an Alexander Gallo Company

## Invoice # EQ58113

| Invoice Date | Terms |
|---|---|
| 06/16/2009 | NET 30 |



CHRISTINE BUSH ,ESQ.
SCOTT & BUSH, LTD.
30 KENNEDY PLAZA, 4TH FLOOR
PROVIDENCE, RI 02903



ENTERED

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/03/2009 | ATLANTIC RESEARCH MARKETING SYSTE | 57695 | 06/04/2009 | F-P-O |

| Description |
|---|

Original Transcript of KEITH WOOLFORD

RECEIVED  JUN 23 2009  PAID

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1-DAY EXPEDITE RATE*

*THANK YOU*

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 724.62 |
| Paid: | $ 0.00 |

| Balance Due : | $ 724.62 |
|---|---|
| Payment Due: | 07/16/2009 |

After 07/31/2009 Pay This Amount: $ 797.08

Tax Number:  22-3779684

## Method of Payment

Company: Esquire - Providence
Invoice Number: EQ58113
Invoice Date: 06/16/2009
Balance: $ 724.62
Due Date: 07/16/2009
Late Date: 07/31/2009
Late Amount: $ 797.08

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

067 0000058113 06162009 7 000072462 5 07162009 07312009 9 000079708 43



**IKON** Document Efficiency At Work.
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170     Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV09060186 |
| Invoice Date: | 06/24/2009 |
| Due Date: | 07/04/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: PAT

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS/TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | / | Extension |
|---|---|---|---|---|---|---|---|
| SO-0906-0201 | 06/24/2009 | PAT - SCOTT & BUSH, LTD | | | | | |
| | Prints w/o Assembly | | 198.00 | 0.1000 | | | 19.80 |



| | | | |
|---|---|---|---|
| **Please Pay From This Invoice** | | Taxable Sales: | 19.80 |
| | | Sales Tax: | 1.39 |
| Customer's duly authorized signature below is an agreement that the above described | | Non-Taxable: | 0.00 |
| work has been received and accepted by Customer. Customer assures payment of this | | Postage: | 0.00 |
| invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the | | Delivery: | 0.00 |
| maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | | **PAY THIS AMOUNT** $ | **21.19** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

**Invoice: PRV09060186**
Invoice Date: **06/24/2009**
Due Date: **07/04/2009**
Customer Code: **PRV-SCOU**
Natl ID: **77609**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ **21.19**


**Document Efficiency At Work.**
A RICON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | PRV09060160 |
| Invoice Date: | 06/19/2009 |
| Due Date: | 06/29/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170      Fax: (401) 454-4170
Federal ID: 230334400

**BILL TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: SARA MCGURK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS/TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0160 | 06/17/2009 | SARA MCGURK - SCOTT & BUSH, LTD | | | | |
| | | Prints - B&W Bond (sq ft) | 1.00 | 120.0000 | | 120.00 |
| | | Prints - Color Bond (sq ft) | 1.00 | 180.0000 | | 180.00 |

ENTERED        PAID IN FULL

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 300.00 |
| Sales Tax: | 21.00 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **321.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** **PRV09060160**
Invoice Date: **06/19/2009**
Due Date: **06/29/2009**
Customer Code: **PRV-SCOU**
Natl ID: 77609

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 321.00**

 **Document Efficiency At Work.**

A RICON COMPANY

# INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV09060140 |
| Invoice Date: | 06/16/2009 |
| Due Date: | 06/26/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: TOM

Price using: STANDARD Price

| Reference / Case #<br>ARMS/TROY | Reference 2 | Reference 3 | Account Manager<br>Brendan Burke |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0151 | 06/16/2009 | TOM - SCOTT & BUSH, LTD | | | | |
| | | BLOW UP & MOUNT | 5.00 | 120.0000 | | 600.00 |

ENTERED

PAID IN FULL

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | | |

| | |
|---|---|
| Taxable Sales: | 600.00 |
| Sales Tax: | 42.00 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **642.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/19/09

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** PRV09060140
Invoice Date: 06/16/2009
Due Date: 06/26/2009
Customer Code: PRV-SCOU
Natl ID: 77609

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ 642.00



**Document Efficiency**
**At Work.**
A RICOH COMPANY

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | PRV09060114 |
| Invoice Date: | 06/12/2009 |
| Due Date: | 06/22/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: CRAIG SCOTT

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS / TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0122 | 06/12/2009 | CRAIG SCOTT - SCOTT & BUSH, LTD | | | | |
| | | 11x17 B&W Copies | 3.00 | 0.3500 | | 1.05 |
| | | Tabs (Alpha/Numeric) | 273.00 | 0.2500 | | 68.25 |
| | | Binder - D Ring 4" | 6.00 | 26.0000 | | 156.00 |
| | | Color 8.5x11 (Letter) Copies | 270.00 | 0.9900 | | 267.30 |
| | | B&W Copies D - Heavy Litigation | 3,276.00 | 0.1800 | | 589.68 |

## ENTERED



| Please Pay From This Invoice | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 1,082.28 |
| | Sales Tax: | 75.76 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,158.04** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/17/09

> Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

**Invoice: PRV09060114**

Invoice Date: **06/12/2009**
Due Date: **06/22/2009**
Customer Code: **PRV-SCOU**
Natl ID: **77609**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **1,158.04**



*Office Supplies*

# **Document Efficiency**
*At Work.*

## INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV08040274 |
| Invoice Date: | 04/27/2008 |
| Due Date: | 05/07/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-DUFY |
| Natl ID: | 54180 |

**BILL TO:**

**DUFFY SWEENEY & SCOTT**
1 TURKS HEAD BLD.
SUITE 1200
PROVIDENCE, RI 02903

Price using: STANDARD Price

PAID IN FULL

**SHIP TO:**

**DUFFY SWEENEY & SCOTT**
1 TURKS HEAD BLD.
SUITE 1200
PROVIDENCE, RI 02903
Attn: CRYSTAL DARTT

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS/TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0804-0266 | 04/25/2008 | **CRYSTAL DARTT - DUFFY SWEENEY & SCOTT** | | | | |
| | | Color 11x17 Copies | 4.00 | 2.0000 | | 8.00 |
| | | Oversize B&W (sq/ft) | 12.00 | 1.2500 | | 15.00 |
| | | 11x17 B&W Copies | 56.00 | 0.3500 | | 19.60 |
| | | B&W Copies D - Heavy Litigation | 2,666.00 | 0.1500 | | 399.90 |
| | | Color 8.5x11 (Letter) Copies | 514.00 | 0.9900 | | 508.86 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 951.36 |
| | Sales Tax: | 66.60 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,017.96** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
**DUFFY SWEENEY & SCOTT**
1 TURKS HEAD BLD.
SUITE 1200
PROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** **PRV08040274**
Invoice Date: **04/27/2008**
Due Date: **05/07/2008**
Customer Code: **PRV-DUFY**
Natl ID: **54180**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **1,017.96**



# SCOTT&BUSH LTD.

*Christine K. Bush*
cbush@scottbushlaw.com

June 30, 2009

Mrs. Sharon Swan
Atlantic Research Marketing Systems, Inc.
230 West Center Street
West Bridgewater, MA   02379

       Re: *Atlantic Research Marketing Systems, Inc. v. Troy Industries,*
          *Inc. and Stephen P. Troy*

Dear Sharon:

      Enclosed please find an invoice from IKON for the blowing up and mounting of an exhibit.  Also enclosed is an invoice from our expert for professional services rendered.  Please issue a check made payable to the vendors and remit directly to them at the address shown on their respective invoice.

      Thank you for your attention to this matter.

                      Very truly yours,

                      Christine K. Bush

CKB/pds
Enclosure
M:\Clients\Atlantic Research Marketing (ARMS)\Troy\Letters\ltr Sharon Swan re invoice  6-30-09.doc

 **IKON** Document Efficiency
At Work.
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID. 230334400

| | |
|---|---|
| Invoice # | PRV09060183 |
| Invoice Date: | 06/24/2009 |
| Due Date: | 07/04/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: SARA MCGURK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| arms/troy | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0186 | 06/22/2009 | SARA MCGURK - SCOTT & BUSH, LTD | | | | |
| | | B&W Blow Up & Mount | 1.00 | 120.0000 | | 120.00 |



ENTERED

PAID IN FULL

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 120.00 |
| | Sales Tax: | 8.40 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **128.40** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**SCOTT & BUSH, LTD**
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| **Amount Enclosed** |
|---|
| $ |

**Invoice: PRV09060183**

Invoice Date: **06/24/2009**
Due Date: **07/04/2009**
Customer Code: **PRV-SCOU**
Natl ID: 77609

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ **128.40**

**IKON** Document Efficiency At Work.®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170     Fax: (401) 454-4170
Federal ID:   230334400

| | |
|---|---|
| Invoice # | PRV09060087 |
| Invoice Date: | 06/10/2009 |
| Due Date: | 06/20/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn:  SARA MCGURK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS/TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0906-0099 | 06/10/2009 | SARA MCGURK - SCOTT & BUSH, LTD | | | |
| 980 | B&W BLOW UP & MOUNT | | 3.00 | 120.0000 | 360.00 |

Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 360.00 |
| Sales Tax: | 25.20 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **385.20** |

Received and Accepted by: _____     Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**Amount Enclosed**

$ _____

Invoice:  PRV09060087

Invoice Date:  06/10/2009
Due Date:  06/20/2009
Customer Code:  PRV-SCOU
Natl ID:  77609

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  385.20**



**Document Efficiency At Work.®**
A RICOH COMPANY

# INVOICE

**IKON Office Solutions - Providence, RI**
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV09060082 |
| Invoice Date: | 06/09/2009 |
| Due Date: | 06/19/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

**BILL TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

Price using: STANDARD Price

**SHIP TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: PAT

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0091 | 06/09/2009 | PAT - SCOTT & BUSH, LTD | | | | |
| | | Sheet Protectors & Inserts | 2.00 | 1.0000 | | 2.00 |
| | | Tabs (Custom) | 14.00 | 0.5000 | | 7.00 |
| | | Color 8.5x11 (Letter) Copies | 39.00 | 0.9900 | | 38.61 |
| | | B&W Copies D - Heavy Litigation | 5,191.00 | 0.1800 | | 934.38 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | | |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 981.99 |
| | Sales Tax: | 68.74 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,050.73** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

**Invoice:** PRV09060082
**Invoice Date:** 06/09/2009
**Due Date:** 06/19/2009
**Customer Code:** PRV-SCOU
**Natl ID:** 77609

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ 1,050.73



**Document Efficiency At Work.**
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | PRV09050222 |
| Invoice Date: | 05/28/2009 |
| Due Date: | 06/07/2009 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-SCOU |
| Natl ID: | 77609 |

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170   Fax: (401) 454-4170
Federal ID. 230334400

**BILL TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

**SHIP TO:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903
Attn: PAT

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| arms v. troy | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0905-0220 | 05/28/2009 | PAT - SCOTT & BUSH, LTD | | | | |
| | | DVD - Duplication(s) | 2.00 | 40.0000 | | 80.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid wthin 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 80.00 |
| Sales Tax: | 5.60 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 85.60 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
SCOTT & BUSH, LTD
30 KENNEDY PLAZA
4TH FLOOR
pROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

Invoice: PRV09050222
Invoice Date: 05/28/2009
Due Date: 06/07/2009
Customer Code: PRV-SCOU
Natl ID: 77609

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 85.60



**Document Efficiency**
*At Work.*

# INVOICE

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV08100305 |
| Invoice Date: | 10/29/2008 |
| Due Date: | 11/08/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-DUFY |
| Natl ID: | 54180 |

BILL TO:

**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903

SHIP TO:

**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903
Attn: CRYSTAL DARTT

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ARMS/TROY | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0810-0266 | 10/27/2008 | CRYSTAL DARTT - DUFFY SWEENEY & SCOTT | | | |
| | | Tabs (Alpha/Numeric) | 8.00 | 0.2500 | 2.00 |
| | | E-Label Endorsement | 927.00 | 0.0500 | 46.35 |
| | | Color 8.5x11 (Letter) Copies | 116.00 | 0.9900 | 114.84 |
| | | B&W Copies D - Heavy Litigation | 7,288.00 | 0.1800 | 1,311.84 |

*Elvira —*
*This needs to go to the*
*client.*
*For: copies of depo*
*exhibits (Martel, Godici*
*and Nixon x's 2)*

| | |
|---|---|
| **Please Pay From This Invoice** | 1,475.03 |
| | 103.25 |
| Customer's duly authorized signature below is an agreement that the ab | 0.00 |
| work has been received and accepted by Customer. Customer assures | 0.00 |
| invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the | Postage. 0.00 |
| maximum legal rate will be charged on invoices not paid within 10 days. Customer | Delivery: 0.00 |
| agrees to pay legal fees incurred in the collection of past due accounts. | **PAY THIS AMOUNT $ 1,578.28** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

Invoice: PRV08100305
Invoice Date: 10/29/2008
Due Date: 11/08/2008
Customer Code: PRV-DUFY
Natl ID: 54180

Please Remit To:
IKON Office Solutions
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT $ 1,578.28



**Document Efficiency**
*At Work.*

**INVOICE**

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170    Fax: (401) 454-4170
Federal ID: 230334400

| | |
|---|---|
| Invoice # | PRV08090159 |
| Invoice Date: | 09/18/2008 |
| Due Date: | 09/28/2008 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-DUFY |
| Natl ID: | 54180 |

**BILL TO:**
**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903

**SHIP TO:**
**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903
Attn: ELVIRA HANSON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| | | | Brendan Burke |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0809-0169 | 09/18/2008 | ELVIRA HANSON - DUFFY SWEENEY & SCOTT | | | | |
| | | B&W Copies D - Heavy Litigation | 1,062.00 | 0.1800 | | 191.16 |

| Please Pay From This Invoice | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 191.16 |
| | Sales Tax: | 13.38 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **204.54** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**DUFFY SWEENEY & SCOTT**
1 FINANCIAL
SUITE 18
PROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

**Invoice: PRV08090159**
Invoice Date: 09/18/2008
Due Date: 09/28/2008
Customer Code: **PRV-DUFY**
Natl ID: 54180

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ **204.54**

